UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SERGE KANNON** ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> **LIMITLESSX Inc., EMBLAZE ONE INC., and SMILZ CAPITAL INC.** ) <br> ) <br> *Defendant* ) | Civil Action No. 1:23-cv-06556 |

## AFFIDAVIT OF SERVICE

Charles Geurin, being sworn deposes that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of California.That on September 18, 2023, at 11:39 am at 4935 McConnell Ave, Unit 3, Los Angeles, CA 90066, Deponent served the within Summons, Complaint, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Smilz Capital Inc., Defendant therein named, (hereinafter referred to as "subject") by leaving the following documents with John Doe (refused name) who as Office Manager Authorized to Accept is authorized by appointment or by law to receive service of process for Smilz Capital Inc.White Male, est. age 30, glasses: N, Red hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".

Description of Attempt:
When I arrived, I spoke with a white male adult who refused to identify himself. I inquired if they were Smilz Capital. He said yes. I presented the documents, and he tried to lock the door on me. At this point, I left the documents on the office floor.

☑ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statuses.

| | |
|---|---|
| Executed in <u>Los Angeles County</u>, <u>CA</u> on <u>9/19/2023</u>. | /s/ *Charles Geurin* <br> Signature <br> Server Name: Charles Geurin <br> License#: Reg#2021102248 |

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 12103684-DCA