# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| **Serge Kannon** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>)<br>**LimitlessX Inc., Emblaze One Inc., and Smilz Capital** )<br>)<br>*Defendant* ) | Civil Action No. 1:23-cv-06556-DG-VMS |

## AFFIDAVIT OF SERVICE

Samantha Huston, being sworn deposes that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of Nevada. That on September 19, 2023, at 3:57 pm at 401 Ryland St, Suite 200A, Reno, NV 89502, Deponent served the within SUMMONS IN A CIVIL ACTION, Complaint INTRODUCTION, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: LimitlessX Inc., Defendant therein named, (hereinafter referred to as "subject") by leaving the following documents with Michaun Franczak who as Office Manager at Nevada Registered Agent LLC is authorized by appointment or by law to receive service of process for LimitlessX Inc. White Female, est. age 35, glasses: N, Blonde hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".

DESCRIPTION OF ATTEMPT
Served documents to registered agent.

☑ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statuses.

| | |
|---|---|
| Executed in Washoe County, NV on 9/21/2023. | /s/ *Samantha Huston*<br>Signature<br>Server Name: Samantha Huston<br>License#: R-2022-03493 |

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 12103684-DCA