UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| **Serge Kannon** </br> *Plaintiff* </br> v. </br> **LimitlessX Inc., Emblaze One Inc., and Smilz Capital** </br> *Defendant* | Civil Action No. 1:23-cv-06556-DG-VMS |

## AFFIDAVIT OF SERVICE

Charles Geurin, being sworn deposes that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of California. That on September 22, 2023, at 11:18 am at 9454 Wilshire Blvd, ste 300, Beverly Hills, CA 90212, Deponent served the within Summons, Complaint, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Emblaze One Inc., Defendant therein named, (hereinafter referred to as "subject") by leaving the following documents with Tai Akron who as Office Manager is authorized by appointment or by law to receive service of process for Emblaze One Inc. Middle Eastern Male, est. age 30, glasses: N, Black hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".

☑ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statuses.

| | |
|---|---|
| Executed in <u>Los Angeles County</u>, <u>CA</u> on <u>9/25/2023</u>. | /s/ *Charles Geurin* <br> Signature <br> Server Name: Charles Geurin <br> License#: Reg#2021102248 |

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 12103684-DCA