AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| SERGE KANNON <br><br> *Plaintiff(s)* <br> v. <br> LIMITLESS X INC., LIMITLESS PERFORMANCE INC., EMBLAZE ONE INC., SMILZ INC, SMILZ CAPITAL INC., and JASPREET MATHUR <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:23-cv-06556-DG-VMS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

(See attached Rider)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Hartmere, Esq.
LawHQ, P.C.
299 S. Main St.
Suite 1300
Salt Lake City, UT 84111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 1/16/2024



s/ Aaron I. Herrera
*Signature of Clerk or Deputy Clerk*

**RIDER TO SUMMONS**
Serge Kannon v. LimitlessX Inc., et al.
Case No. 1:23-cv-06556-DG-VMS

Limitless X Inc.
Registered Agents Inc.
401 Ryland St, Suite 200A
Reno, NV 89502

Limitless Performance Inc.
Jaspreet Mathur, RA
1801 Century Park, East
24th Floor
Los Angeles, CA 90067

Emblaze One Inc.
9454 WILSHIRE BLVD., STE 300
BEVERLY HILLS, CA 90212

Jaspreet Mathur
1200 Club View Dr. Apt 305
Los Angeles, CA 90024

Smilz Inc.
9454 WILSHIRE BLVD., STE 300
BEVERLY HILLS, CA 90212

Smilz Capital Inc.
4935 McConnell Ave.
Unit 3
Los Angeles, CA 90066