IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGE KANNON<br><br>                              Plaintiff,<br>v.<br><br>LIMITLESS X, INC., LIMITLESS PERFORMANCE INC., EMBLAZE ONE INC., SMILZ INC, SMILZ CAPITAL INC., and JASPREET MATHUR,<br><br>                              Defendants. | Civil Case No. 1:23-CV-06556 (DG) (VMS)<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF JASPREET MATHUR

I, Jaspreet Mathur, declares as follows:

1. I am the founder and Chief Executive Officer of Limitless X Inc. ("Limitless X"), Limitless Performance Inc. ("Limitless Performance"), Emblaze One Inc. ("Emblaze"), Smilz Capital Inc. ("Smilz Capital") and Smilz Inc.

2. I am a resident of the State of California and I also have a residence in Florida.

3. I have never been a resident of the State of New York during the period relevant to the Complaint.

4. Limitless X is a Nevada corporation with its principal place of business in the State of California. Limitless X does not have an office in the State of New York.

5. Limitless Performance is a California corporation with its principal place of business in the State of California. Limitless Performance does not have an office in the State of New York.

6. Emblaze is a Nevada corporation with its principal place of business in the State of California. Emblaze does not have an office in the State of New York.

7. Smilz Capital is a California corporation with its principal place of business in the

State of California. Smilz Capital does not have an office in the State of New York.

8. Smilz Inc. is a California corporation with its principal place of business in the State of California. Smilz Inc. does not have an office in the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29th, 2024

Jaspreet Mathur