# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGE KANNON,<br><br>Plaintiff,<br><br>v.<br><br>LIMITLESS X INC., LIMITLESS PERFORMANCE INC., EMBLAZE ONE INC., SMILZ INC, SMILZ CAPITAL INC., and JASPREET MATHUR,<br><br>Defendants. | Case No.: 1:23-cv-06556 (DG) (VMS)<br><br>NOTICE OF SETTLEMENT |

Pursuant to this Court's Individual Practice Rule V, please take notice that Plaintiff Serge Kannon ("Plaintiff" or "Kannon") has resolved his claims against Defendants Limitless X Inc., Limitless Performance Inc., Emblaze Inc., Smilz Inc., Smilz Capital Inc., and Jaspreet Mathur. The parties are finalizing the terms of their settlement agreement. As such, Plaintiff Kannon anticipates filing a Notice of Dismissal with Prejudice within 30 days.

Dated: March 6, 2024

Respectfully submitted,

/s/*Michael Hartmere*
Michael Hartmere (NYSB #4018610)
LawHQ, P.C.
299 S. Main St. #1300
Salt Lake City, UT 84111
385-285-1090
michael.hartmere@lawhq.com

*Lead Attorney for Plaintiff*