# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGE KANNON, | Case No.: 1:23-cv-06556 (DG) (VMS) |
| Plaintiff, | Stipulation of Dismissal |
| v. | |
| LIMITLESS X INC., LIMITLESS PERFORMANCE INC., EMBLAZE ONE INC., SMILZ INC, SMILZ CAPITAL INC., and JASPREET MATHUR, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and this Court's Order dated March 11, 2024, Plaintiff Serge Kannon and Defendants Limitless X Inc., Limitless Performance Inc., Emblaze Inc., Smilz Inc., Smilz Capital Inc., and Jaspreet Mathur (collectively the "Defendants"), by and through their respective counsel, stipulate to the dismissal of all claims in this action with prejudice against Defendants.

Dated: April 5, 2024                                                  Respectfully submitted,


*/s/ Peter Kessler*                                                   */s/ Michael Hartmere*
Peter Kessler (NYSB #4256988)                         Michael Hartmere (NYSB #4018610)
Griffin Partners, LLP                                              LawHQ, P.C.
123 South Broad Street, Suite 1850                    299 S. Main St. #1300
Philadelphia, PA 19109                                          Salt Lake City, UT 84111
(267) 499-3282 (tel)                                                (385)-285-1090 (tel)
Peter.kessler@griffinlawllp.com                          michael.hartmere@lawhq.com